UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-22109-BLOOM/Elfenbein

PEDRO CREAMER,

    Plaintiff,

v.

AMEND FINANCE LLC,

    Defendant.

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** is before the Court upon the Notice of Voluntary Dismissal, ECF No. [23] ("Notice"), filed on November 24, 2025. The Court has carefully reviewed the Notice, the record in this case, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [23]**, is **APPROVED** and **ADOPTED**;
2. The above-styled case is **DISMISSED WITHOUT PREJUDICE;**
3. Each party shall bear its own attorneys' fees and costs;
4. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**;
5. The Clerk of Court is directed to **CLOSE** this case.

Case No. 25-cv-22109-BLOOM/Elfenbein

**DONE AND ORDERED** in Chambers at Miami, Florida, on November 24, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:    Counsel of Record

AMEND FINANCE, LLC
402 West Broadway, Suite 400
San Diego, CA 92101